IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. TODD CHAPMAN,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES COURT OF<br>APPEALS FOR THE THIRD<br>CIRCUIT, ET AL.,<br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 10-88<br>)<br>)<br>)<br>)<br>) |

ORDER

AND NOW this 27th day of January, 2010, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:  All parties of record